## 52586. GENERAL MOTORS CORPORATION v. REYNOLDS.

QUILLIAN, Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

ARGUED SEPTEMBER 13, 1976 — DECIDED SEPTEMBER 28, 1976.

*King & Spalding, Samuel W. Calhoun,* for appellant.
*Patterson & Parks, Lenwood A. Jackson,* for appellee.